IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BARRY W. THOMAS<br><br>                Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., et. al.,<br><br>                Defendants | Civil Action No. 2:07-CV-231<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION FOR AND STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Barry W. Thomas ("Thomas") and Defendants Cox Communications, Inc., Comcast Corporation, Cricket Communications, Inc., General Motors Corporation, Tracfone Wireless, Inc., Onstar Corp., Charter Communications, Inc., Dobson Cellular Systems, Inc., Centennial Communications Corp., MetroPCS, Inc., Nextel Operations, Inc. and Sprint Spectrum, L.P. (collectively "Defendants"), through their undersigned counsel, hereby move the Court to enter and order their stipulation and agreement that all claims Thomas asserted in this action against Defendants are dismissed with prejudice, and all counterclaims that Defendants asserted in this action against Thomas are dismissed with prejudice. Each party shall bear its own costs relating to the claims and counterclaims.

A proposed order accompanies this motion.

DATED: June 27, 2008.

Respectfully Submitted,

| | |
|---|---|
| /s/ Taylor Higgins Ludlam | s/ James M. Harrington (with express permission by Taylor Higgins Ludlam) |
| Steven D. Moore | |
| Georgia Bar No. 520745 | James M. Harrington, *pro hac vice* |
| Taylor Higgins Ludlam, pro hac vice | THE HARRINGTON PRACTICE PLLC |
| Georgia Bar No. 140934 | 1905 J.N. Pease Place, Suite 202 |
| KILPATRICK STOCKTON LLP | Charlotte, North Carolina 28262-4539 |
| 1100 Peachtree Street, Suite 2800 | Telephone: (704) 315-5800 |
| Atlanta, Georgia 30309-4530 | Facsimile: (704) 625-9259 |
| (404) 815-6500 (telephone) | E-mail: jharrington@hprac.com |
| (404) 815-6555 (facsimile) | |
| taludlam@kilpatrickstockton.com | Steve Harrelson |
| | Tex. Bar no. 24036729 |
| Michael E. Jones | HARRELSON LAW FIRM, P.A. |
| Texas Bar No. 10929400 | P.O. Box 40 (75504) |
| Allen F. Gardner | 300 N. State Line Ave. |
| Texas Bar No. 24043679 | Texarkana, Arkansas 71854 |
| POTTER MINTON | Telephone: (870) 772-0300 |
| 110 N. College | Facsimile: (870) 772-0302 |
| Tyler, Texas 75702 | Email: steve@harrelsonfirm.com |
| (903) 597-8311 (telephone) | |
| (903) 593-0846 (facsimile) | *Attorneys for the Plaintiff* |

*Attorneys for Cox Communications, Inc., Cricket Communications, Inc., Comcast Corporation, Charter Communications, Inc., General Motors Corporation, OnStar Corporation, Tracfone Wireless, Inc. and Dobson Cellular Systems, Inc.*

*(Signatures continued on next page)*

*s/ Michael H. Jacobs* (with express permission by Taylor Higgins Ludlam)
Richard McMillan, Jr.
rmcmillan@crowell.com
Mark M. Supko
msupko@crowell.com
Michael H. Jacobs
mjacobs@crowell.com
William J. Sauers
wsauers@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004
(202) 624-2500

Tom Henson
Texas Bar No. 09494000
thenson@rameyflock.com
RAMEY & FLOCK
100 East Ferguson, Suite 500
Tyler, TX  75702
903-597-2413

*Attorneys for Nextel Operations, Inc. and Sprint Spectrum, L.P.*

*Garreth A. Sarosi* (with express permission by Taylor Higgins Ludlam)
Sanford E. Warren, Jr., *Lead Attorney*
Texas Bar No. 20888690
swarren@akingump.com
Garreth A. Sarosi
Texas Bar No. 24039373
gsarosi@akingump.com
AKIN GUMP STRAUSS HAUER & FELD, LLP
1700 Pacific Ave., Suite 4100
Dallas, Texas  75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

E. Glenn Thames, Jr.
Texas Bar No. 00785097
glennthames@potterminton.com
POTTER MINTON
A Professional Corporation
500 Plaza Tower
110 North College Avenue
Tyler, TX 75702
(903) 597-8311 (Telephone)
(903) 593-0846 (Facsimile)

*Attorneys for MetroPCS, Inc*.

*(signatures continued on next page)*

*Bruce Wieder* (with express permission by Taylor Higgins Ludlam)
Bruce Wieder
Texas Bar No. 21429700
Dow Lohnes PLLC
1200 New Hampshire Ave., NW
Suite 800
Washington, DC 20036
Telephone:  202-776-2000
Fax:  202-776-2222
Email:  bwieder@dowlohnes.com

Steve Roper
Texas Bar No. 17234000
Zeleskey Cornelius Hallmark
    Roper & Hicks, LLP
P.O. Box 1728
Lufkin, Texas 75902
Telephone:  936-632-3381
Fax:  936-632-6545
Email:  sroper@zeleskey.com

*Attorneys for Centennial Communications Corp.*

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 27th day of June, 2008.

                                          */s/ Taylor Higgins Ludlam*
                                          Taylor Higgins Ludlam